**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:					February 25, 2011

Courtroom Deputy:	Nel Steffens
Court Reporter:		Suzanne Claar
Probation Officer:	Jeanette Woll

**Criminal Action No.  07-cr-00429-REB**

*Parties:*                                                              *Counsel:*

UNITED STATES OF AMERICA,                   Mark Barrett

    Plaintiff,

v.

6.  KAZUHIRO HASIMOTO,                          John Sullivan

    Defendant.

### SENTENCING MINUTES

**11:15 a.m.    Court in session.**

Appearances of counsel.

Defendant is present in custody.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the Court that counsel has read and discussed the presentence report and addendum with the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.  Government orally moves to dismiss all remaining counts against this defendant only.

The Court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

> **IT IS ORDERED** as follows:
>
> 1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;
>
> 2. That the **Government's Motion To Reduce Sentence Pursuant Defendant's Substantial Assistance** [#1608] filed February 24, 2011, is **GRANTED** consistent with the court's foregoing findings and conclusions and the following orders;
>
> 3. That the defendant's request in his sentencing statement, document #1593, for the imposition of a concurrent sentence, is respectfully **DENIED**;
>
> 4. That the government's oral motion to dismiss counts is **GRANTED**; that accordingly, all remaining crimes and counts charged against this defendant only in this case are **DISMISSED WITH PREJUDICE**;
>
> 5. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count Seventy-Five of the Amended Superseding Indictment;
>
> 6. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **twelve (12) months and one day**;

7. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **one year**; provided furthermore, that within 72 hours of defendant's release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the U.S. probation department within the district to which he is released;

8. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

    - all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

    - all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

    - the following explicit or special conditions of supervised release:

        - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

        - that the defendant shall not possess or use illegally controlled substances;

        - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

        - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

9. That no fine is imposed;

10. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

11. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

12. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585;

13. That this court recommends that the Bureau of Prisons designate the defendant to a federal correctional institution in the State and District of

        Colorado; and

14.    That the defendant is remanded to the custody of the United States Marshal.

The Defendant is advised of the right to appeal the sentence imposed by the Court.

**12:00 p.m.   Court in recess.**

Total time in court:   00:45

Hearing concluded.